**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



-----------------------------------------------------------X
DELORES WILLIAMS,
                Plaintiff,

-against-

ANNE GEIGER and DEPARTMENT OF
EDUCATION,
                Defendants.
-----------------------------------------------------------X

18 CIVIL 1398 (SLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 19, 2020, (1) Defendants' motion for summary judgment is GRANTED; (2) Plaintiff's ADA claims (Counts I-III) are DISMISSED WITH PREJUDICE; (3) Plaintiff's NYSHRL and NYCHRL claims against the Department (Counts IV-VIII) are DISMISSED WITH PREJUDICE; and (4) Plaintiff's NYSHRL and NYCHRL claims against Geiger (Counts IX-X) are DISMISSED WITHOUT PREJUDICE.

**Dated:** New York, New York

       March 20, 2020

                                          **RUBY J. KRAJICK**

                                          Clerk of Court

BY:

                                          **Deputy Clerk**